NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**D'ANDREA BROTHERS LLC,**
*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellee.*

---

2013-5076

---

Appeal from the United States Court of Federal Claims in No. 08-CV-0286, Judge Nancy B. Firestone.

---

**JUDGMENT**

---

PAUL A. TRAINA and JARED W. BEILKE, Engstrom, Lipscomb & Lack, of Los Angeles, California, argued for plaintiff-appellant.

SHERYL L. FLOYD, Senior Trial Counsel, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for defendant-appellee.  With her on the brief were STUART F. DELERY, Assistant Attorney General, JEANNE E. DAVIDSON, Director, and BRYANT G. SNEE, Deputy Director.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (PROST, PLAGER, and CHEN, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


| December 11, 2013 | /s/ Daniel E. O'Toole |
|---|---|
| Date | Daniel E. O'Toole |
| | Clerk of Court |